1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  EASTERN DISTRICT OF CALIFORNIA

10

11  BENIGNO VALENTINE PADILLA,          Case No. 1:25-cv-00468-SKO

12          Plaintiff,                  **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

13      v.

14  LELAND DUDEK,                       (Doc. 2)
    Acting Commissioner of Social Security,

15

16          Defendant.
    _____/

17

18

19          Plaintiff Benigno Valentine Padilla filed a complaint on April 23, 2025, along with an

20  application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

21  application demonstrates entitlement to proceed without prepayment of fees.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

24          2.      The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms,

25                  and the Scheduling Order.  Service on the defendant shall proceed under the

26                  Court's E-Service program as follows: once a summons is issued, the Clerk of

27                  Court shall deliver to the Commissioner of Social Security Administration and the

28

United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    **April 24, 2025**                              /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

2