ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SHARON LAHEY, CSBN 263027
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Office of Program Litigation, Division 7
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (510) 970-4827
   Facsimile: (415) 744-0134
   E-mail: sharon.lahey@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| BENIGNO VALENTINE PADILLA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>   Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:25-cv-00468-SKO<br><br>ORDER FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. SECTION 405(g) AND ENTRY OF JUDGMENT<br><br>(Doc. 12) |

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and Entry of Judgment (Doc. 12), IT IS ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to an ALJ to re-evaluate the evidence and issue a new decision.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **August 12, 2025**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE